LYNN PROFETA v. DOVER CHRISTIAN NURSING HOME.

July 6, 1983.

Petition for certification denied.

JAMES COSLOP v. PATRICK R. FIORILLI.

July 6, 1983.

Petition for certification denied.

TOWNSHIP OF WEST MILFORD IN THE COUNTY OF PASSAIC v. BLOCK 9, LOT 6–10 AND HERITAGE BANK NORTH.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD VOLPE.

July 6, 1983.

Petition for certification denied.